# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0576. DAVID GADSDEN et al. v. SELECT PORTFOLIO SERVICING, INC. et al.**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.

The APPELLEE'S motion TO DISMISS in the above styled case is hereby DENIED as MOOT.

Upon consideration of the APPELLEE'S motion FOR FRIVOLOUS APPEAL PENALTY in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/12/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*